**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| GUNAPT DEVELOPMENT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:20-cv-01778 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| PEINE LAKES, L.P., 2010 PEINE ROAD LLC, | ) |
| CENTERLINE CORPORATE PARTNERS | ) |
| XXVII LP, CENTERLINE AFFORDABLE | ) |
| HOUSING ADVISORS LLC, and RELATED | ) |
| CORPORATE XXVI SLP, LLC, | ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and E.D. Local Rule 3-2.09, counsel of record for Plaintiff Gunapt Development, LLC hereby gives notice that the following corporate interests are disclosed:

1. If the subject organization is a corporation, state:

   a. The parent companies of the corporation:  N/A

   b. Subsidiaries not wholly owned by the corporation:  N/A

   c. Any publicly held company that owns ten percent (10%) or more of the corporation:  N/A.

2. If the subject organization is a limited liability company or a limited liability partnership, state its members and each member's state of citizenship: Gordon Gundaker (Missouri), Michael Hejna (Missouri) and Gundaker Commercial Group, Inc. (Missouri).

Respectfully submitted,

                                        **ROSENBLUM GOLDENHERSH, P.C.**

BY:   /s/ John J. Gazzoli, Jr.
        John J. Gazzoli, Jr., #24781MO
        Theresa A. Phelps, #55023MO
        Jessica C. Gittemeier, #65924MO
        7733 Forsyth Blvd., 4th Floor
        St. Louis, MO 63105
        (314) 726-6868
        (314) 726-6786 (facsimile)
        jgazzoli@rosenblumgoldenhersh.com
        tphelps@rosenblumgoldenhersh.com
        jgittemeier@rosenblumgoldenhersh.com

        *Attorneys for Plaintiff Gunapt Development, LLC*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 17th day of December, 2020:

Bruce D. LeMoine
Christopher R. LaRose
Angela B. Kennedy
Armstrong Teasdale LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105
blemoine@atllp.com
clarose@atllp.com
akennedy@atllp.com

                                              /s/ John J. Gazzoli, Jr.